**Janet A. MILEY, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3159.

United States Court of Appeals, Federal Circuit.

May 28, 2004.

Gregory T. Jaeger, Principal Attorney, Harold D. Lester, Jr., David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Janet A. Miley, of Counsel, Macon, GA, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Albert L. HARLAN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3056.

United States Court of Appeals, Federal Circuit.

May 28, 2004.

Albert L. Harlan, Bremerton, WA, pro se.

Calvin M. Morrow, Principal Attorney, Merit Systems Protection Board, Washington, DC, for Respondent.

### *ORDER*

Albert L. Harlan has complied with the court's order of April 20, 2004.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of filing of this order.